IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00739-MSK-MEH

CECELIA CARRERAS,
ROBSON CARVALHO,
MARISOL PANIAGUA, and
ESTEBAN SERRATO,

        Plaintiffs,

v.

DONALD J. LEMON, d/b/a LAW OFFICES OF D.J. LEMON, P.C.,

        Defendant.

### ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on an Amended Complaint **(#6)** filed April 19, 2007 in response to the Court's Order to Show Cause **(#5)**. Having considered the same,

**IT IS HEREBY ORDERED** that this Court's Order to Show Cause is deemed satisfied and is **DISCHARGED.**

Dated this 19th day of April, 2007

        **BY THE COURT:**

        _____
        Marcia S. Krieger
        United States District Judge