IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00739-MSK-KLM

CECELIA CARRERAS,
ROBSON CABALHO,
MARISOL PANIAGUA,   and
ESTEBAN SERRATO,

    Plaintiff(s),

v.

DONALD J.  LEMON,
HEATHER C. LEMON,
D. J. LEMON INTERNATIONAL, INC.,
MOUNTAIN IMMIGRATION,
THE MOUNTAIN FOUNDATION, and
H.C. LEMON AND ASSOCIATES,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Plaintiffs' Motion for Leave of Court to File a Second Amended Complaint [Docket No. 71, Filed September 25, 2007] ("Plaintiffs' motion").  Plaintiffs' motion is unintelligible, apparently due to an inadvertent error in its electronic filing that has duplicated/deleted/misplaced certain text.  Pursuant to D.C. Colo. L. Civ. R. 7.1(H),

    IT IS HEREBY **ORDERED** that Plaintiffs's motion is **STRICKEN**.  Plaintiffs **shall** refile their motion pursuant to the specifications set forth below on or before **October 3, 2007.**  Plaintiffs are directed to file each page of their motion in sequence and to ensure that the language on each page is properly visible.

Dated:  September 25, 2007