IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00739-MSK-KLM

CECELIA CARRERAS,
ROBSON CABALHO,
MARISOL PANIAGUA,   and
ESTEBAN SERRATO,

    Plaintiff(s),

v.

DONALD J.  LEMON, dba D.J. Lemon, P.C.,
HEATHER C. LEMON,
HEATHER C. LEMON & ASSOCIATES, INC.,
D. J. LEMON INTERNATIONAL, INC.,
MOUNTAIN IMMIGRATION, and
THE MOUNTAIN FOUNDATION,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Plaintiff's Motion for Leave of Court to File Second Amended Complaint [Docket No. 75, Filed September 26, 2007] ("Plaintiffs' motion").  Plaintiff's Second Amended Complaint seeks to add Defendants Heather C. Lemon, Heather C. Lemon & Associates, Inc., D.J. Lemon International, Inc., Mountain Immigration, and The Mountain Foundation.  Defendant Donald J. Lemon filed a response objecting to the amendment [Docket No. 77], and Plaintiff filed a reply [Docket No. 78]. Plaintiff's motion has now been fully briefed.

    IT IS HEREBY **ORDERED** that Plaintiffs's motion is **GRANTED**.  Pursuant to Fed. R. Civ. P. 15(a), the Court has discretion to grant leave to amend, and "leave shall be freely given when justice so requires."  While Defendant Donald J. Lemon responded in opposition to Plaintiff's motion, he did not frame his arguments using the correct standard for considering whether amendment was proper, namely, he did not allege that amendment

would lead to undue delay or undue burden to the opposing party, was motivated by bad faith or dilatory motive, would be futile, or does not relate back to the original pleading. *See Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365-66 (10th Cir. 1993); Fed. R. Civ. P. 15(a) & (c).

IT IS FURTHER HEREBY **ORDERED** that the Clerk shall accept the Second Amended Complaint as filed [Docket No. 75-2] and docket it as of the date of this Order. The parties are directed to use the caption set forth in the Second Amended Complaint in all future pleadings, with the exception of the case number, which is Civil Action No. 07-cv-00739-MSK-KLM.

IT IS FURTHER HEREBY **ORDERED** that Defendants Donald J. Lemon, Heather C. Lemon, and Heather C. Lemon & Associates, Inc. shall answer or otherwise respond to Plaintiffs' Second Amended Complaint within ten (10) days from the date of this Order.

IT IS FURTHER HEREBY **ORDERED** that Plaintiffs shall serve a summons and the Second Amended Complaint on Defendants D.J. Lemon International, Inc., Mountain Immigration, and The Mountain Foundation within thirty (30) days from the date of this Order or risk their dismissal from the above-captioned case.

Dated: October 12, 2007