IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00739-MSK-KLM


CECELIA CARRERAS,
ROBSON CABALHO,
MARISOL PANIAGUA, and
ESTEBAN SERRATO,

      Plaintiff(s),

v.

DONALD J.  LEMON,
HEATHER C. LEMON,
D. J. LEMON INTERNATIONAL, INC.,
MOUNTAIN IMMIGRATION,
THE MOUNTAIN FOUNDATION, and
H.C. LEMON AND ASSOCIATES,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' Motion to Modify Minute Order of October 12, 2007 [Docket No. 93, Filed November 13, 2007] ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Plaintiffs shall have up to and including **December 14, 2007** to serve the Second Amended Complaint on all Defendants.  No further extensions of time will be permitted.


Dated:  November 14, 2007