IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00739-MSK-KMT

CECELIA CARRERAS,
ROBSON CABALHO,
MARISOL PANIAGUA, and
ESTEBAN SERRATO,

    Plaintiffs,

v.

DONALD J. LEMON,
HEATHER C. LEMON,
D. J. LEMON INTERNATIONAL, INC.,
MOUNTAIN IMMIGRATION,
THE MOUNTAIN FOUNDATION, and
H.C. LEMON AND ASSOCIATES,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Defendants "Unopposed Motion for Leave to Amend Answer" (#113, filed March 5, 2008) is GRANTED. The Clerk of Court is directed to file Defendants' Amended Answer.

Dated: March 10, 2008