IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00739-MSK-KMT

CECELIA CARRERAS,
ROBSON CARVALHO,
MARISOL PANIAGUA, and
ESTEBAN SERRATO,

      Plaintiffs,

v.

DONALD J. LEMON, d/b/a LAW OFFICES OF D.J. LEMON, P.C.,
HEATHER C. LEMON,
D.J. INTERNATIONAL,
MOUNTAIN IMMIGRATION,
THE MOUNTAIN FOUNDATION, and
H.C. LEMON AND ASSOCIATES,

      Defendants.
_____

**ORDER DISMISSING CLAIMS AGAINST DJ LEMON INTERNATIONAL, INC.**
_____

    THIS MATTER comes before the Court on the Agreed Motion to Dismiss DJ Lemon International, Inc. (Motion) **(#127)** filed March 24, 2008. Having reviewed the Motion,

    **IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs' claims against DJ Lemon International, Inc. are hereby dismissed without prejudice. The caption shall be amended to reflect that DJ Lemon International, Inc. is no longer a party.

    DATED this 24th day of March, 2008.

                          **BY THE COURT:**

                          *Marcia S. Krieger*
                          _____

Marcia S. Krieger
United States District Judge