IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00739-MSK-KMT

CECELIA CARRERAS,
ROBSON CARVALHO,
MARISOL PANIAGUA, and
ESTEBAN SERRATO,

    Plaintiffs,

v.

DONALD J. LEMON,
HEATHER C. LEMON,
MOUNTAIN IMMIGRATION,
THE MOUNTAIN FOUNDATION, and
H.C. LEMON AND ASSOCIATES,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties shall file a stipulated motion to dismiss or another joint status report no later than October 27, 2008.

Dated: October 21, 2008